624

379 A.2d 602

Commonwealth v. Norman, Appellant.

Submitted November 16, 1976. George W. Schroeck, for appellant; Robert H. Chase, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 602

Commonwealth v.

One 1973 Volkswagen

(Ellis Appeal).

Submitted September 13, 1976. Margaret J. Ellis, appellant, *in propria persona*; Kenneth G. Biehn, District Attorney, for Commonwealth, appellee.

Order affirmed.